# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 06-879 JSL |
| Plaintiff, | ) ) | ORDER DENYING DEFENDANT'S MOTION TO |
| v. | ) ) | MODIFY PROBATION |
| CHRIS QUANG DO, | ) ) | |
| Defendant. | ) ) | |

    The Motion to Modify Probation of Defendant Chris Quang Do was decided without hearing on March 11, 2009.  Having reviewed the papers filed in connection with this matter and being fully apprised of the relevant facts and law,

    **IT IS HEREBY ORDERED** that the motion to modify probation of Defendant Chris Quang Do be DENIED.

    IT IS SO ORDERED.

DATED:   March 11, 2009

_____

J. Spencer Letts

Senior United States District Judge